# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Marcial Martinez

                                                                                     Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:16−cv−07897

　　　　　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

Chishack Holdings LLC Willowbrook Series, et al.

　　　　　　　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 9, 2016:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing and motion hearing held. Joint motion for approval of settlement [19] is granted. The Court finds the settlement is fair and accurate. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.